```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

DIANNE MILLER,

                Plaintiff,

  - against -

HOLTZBRINCK PUBLISHERS, LLC,
MACMILLAN PUBLISHERS, INC.,
SAINT MARTIN'S PRESS, HEATHER
HUNTER AND MICHELLE VALENTINE,

                Defendants.

------------------------------------------------------- x

Civ. Action No. 08-CV-03508 (HB)

**STIPULATION OF**
**ADJOURNMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through the undersigned, that the time for all defendants to respond to the Complaint is extended to June 2, 2008.

Dated: New York, New York
         May 12, 2008

_____
Heather Hunter
c/o David Copeland
630 Ninth Avenue
New York, New York 10036
(212) 977-5225

*Defendant Pro Se*

DAVIS WRIGHT TREMAINE LLP

By: _____
    Robert D. Balin (RDB 5847)
    Deborah A. Adler (DA 0909)

1633 Broadway
New York, New York 10019
(212) 489-8230

*Attorneys for Defendants*
*Holtzbrinck Publishers, LLC, MacMillan*
*Publishers, Inc., St. Martin's Press and*
*Michelle Valentine*

#196422-3901028-244

1

THE COLOM LAW FIRM

Marianne Camille Spraggins
Digitally signed by Marianne Camille Spraggins
DN: cn=Marianne Camille Spraggins, c=US, o=Colom Law Firm
Date: 2008.05.13 15:13:54 -04'00'

Marianne Spraggins (MS 1242)

200 Sixth Street North, Suite 102
Columbus, MS 39701
(662) 327-0903

*Attorneys for Plaintiff Dianne Miller*

SO ORDERED:

_____ 5/22/08
U.S.D.J.

2

DWT 6196422v1 3901028-000244

05/14/2008 15:48 7188584619235 JOACHIM SCHUETZ PAGE 03