UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
----------------------------------------------------------------x
DIANNE MILLER,                                  :
                                                :   Civ. Action No. 08-CV-03508 (HB)
            Plaintiff,              :
                                                :   *Electronically Filed*
      - against -                             :
                                                :   **MACMILLAN DEFENDANTS'**
HOLTZBRINCK PUBLISHERS, LLC,                    :   **RULE 7.1 STATEMENT**
MACMILLAN PUBLISHERS, INC.,                     :
SAINT MARTIN'S PRESS, HEATHER                   :
HUNTER AND MICHELLE VALENTINE,                  :
                                                :
            Defendants.             :
----------------------------------------------------------------x

        Pursuant to Federal Rule of Civil Procedure 7.1, defendants Holtzbrinck Publishers, LLC, Macmillan Publishers Inc., and St. Martin's Press, LLC state that Macmillan Holdings, LLC is the parent corporation of defendant Holtzbrinck Publishers, LLC. and of defendant St. Martin's Press, LLC.  Macmillan Publishers Ltd. is the parent corporation of defendant Macmillan Publishers Inc.  There is no publicly held corporation owning 10% or more of the stock of Holtzbrinck Publishers, LLC, Macmillan Publishers Inc. or St. Martin's Press, LLC.

Dated: New York, New York
       June 2, 2008

                                         Respectfully submitted,

                                         DAVIS WRIGHT TREMAINE LLP

                                         By: /s/ Robert D. Balin
                                              Robert D. Balin (RDB 5847)
                                              Deborah A. Adler (DA 0909)
                                     1633 Broadway – 27th Fl.
                                     New York, N.Y.  10019
                                     (212) 489-8230

                                   *Attorneys for Defendants*
                                   *Holtzbrinck Publishers, LLC, MacMillan*
                                   *Publishers, Inc., St. Martin's Press, LLC and*
                                   *Michelle Valentine*

2

DWT 11223029v1 3901028-000244