UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------x

DIANNE MILLER,

                 Plaintiff,

    - against -

HOLTZBRINCK PUBLISHERS, LLC,
MACMILLAN PUBLISHERS, INC.,
SAINT MARTIN'S PRESS, HEATHER
HUNTER AND MICHELLE VALENTINE,

               Defendants.

---------------------------------------------------x

Civ. Action No. 08-CV-03508 (HB)

*Electronically Filed*

**DECLARATION OF
MICHELLE VALENTINE IN
SUPPORT OF THE MACMILLAN
DEFENDANTS'
MOTION TO DISMISS**

MICHELLE VALENTINE hereby declares as follows:

    1.    I have been named as a defendant in the action *Dianne Miller v. Holtzbrinck Publishers, LLC, et al.*, Case No. 08-CV-03508 (HB) in the United States District Court, Southern District of New York.

    2.    I have not been served with the Summons and Complaint in the above-referenced action.

    3.    I declare under penalty of perjury that the foregoing is true and correct. This declaration is made pursuant to 28 U.S.C. § 1746. Executed on June 2 2008.

_____
Michelle Valentine