UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
----------------------------------------------------------x
DIANNE MILLER,

                    Plaintiff,

    - against -

HOLTZBRINCK PUBLISHERS, LLC,
MACMILLAN PUBLISHERS, INC.,
SAINT MARTIN'S PRESS, HEATHER
HUNTER AND MICHELLE VALENTINE,

                    Defendants.
----------------------------------------------------------x

Civ. Action No. 08-CV-03508 (HB)

*Electronically Filed*

**CERTIFICATE OF SERVICE**

I, MEGAN DUFFY, associated with Davis Wright Tremaine LLP, attorneys for Defendants, Holtzbrink Publishers, LLC, Macmillan Publishers, Inc., St. Martin's Press, LLC and Michelle Valentine certify:

I am over eighteen (18) years of age. On this 2nd day of June, 2008, I caused to be served copies of MACMILLAN DEFENDANT'S RULE 7.1 STATEMENT, MACMILLAN DEFENDANTS' NOTICE OF MOTION TO DISMISS, MEMORANDUM OF LAW IN SUPPORT OF MACMILLAN DEFENDANTS' MOTION TO DISMISS, DECLARATION OF MICHELLE VALENTINE and AFFIDAVIT OF ROBERT D. BALIN on the following individuals BY ECF and/or EMAIL:

    ECF:      Charles Tyrone Brant
                    Office of Charles T. Brant
                    170 Mitchell Street
                    Atlanta, GA 30303
                    (404) 522-5900

    EMAIL:  Kitty Spraggins, Esq.
                    The Colom Law Firm
                    200 Sixth St. N., Suite 102
                    Columbus, MS 39701
                    (662) 327-0903
                    kittyspraggins@aol.com

Wilbur Colom, Esq.
The Colom Law Firm
200 Sixth St. N., Suite 102
Columbus, MS 39701
(662) 327-0903
wil@colom.com

Ezra J. Doner, Esq.
2 Park Avenue
New York, NY 10016
(212)592-1400
edoner@herrick.com

     Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

                                                       Megan Duffy

Sworn to before me this
2nd of June, 2008

_____
Notary Public

LINDA G. MOSCHETTI
Notary Public, State of New York
No. 1M04 235
Qualified in Bronx County
Term Expires August 31, 20 10