```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------ x
DIANNE MILLER,

               Plaintiff,

  - against -

HOLTZBRINCK PUBLISHERS, LLC,
MACMILLAN PUBLISHERS, INC., SAINT
MARTIN'S PRESS, HEATHER HUNTER
AND MICHELLE VALENTINE,

               Defendants.
------------------------------------------------------------ x

Case No. 08-CV 03508(HB)

**STIPULATION AND ORDER FOR
SUBSTITUTION OF COUNSEL**

      IT IS HEREBY STIPULATED AND AGREED that the attorneys of record for defendants Holtzbrinck Publishers, LLC, Macmillan Publishers, Inc., St. Martin's Press and Michele Valentine be changed, and that Davis Wright Tremaine LLP, by Robert D. Balin and Deborah A. Adler, 1633 Broadway, New York, New York 10019, be substituted as attorneys of record for defendants Holtzbrinck Publishers, LLC, Macmillan Publishers, Inc., St. Martin's Press and Michele Valentine in the above-entitled action in the place and stead of Dow Lohnes PPLC, Six Concourse Parkway, Suite 1800, Atlanta, GA 30328-6177.

Dated: New York, New York
       May 28, 2008

                                  DAVIS WRIGHT TREMAINE LLP

                 By: _____
                              Robert D. Balin (RDB 5847)
                              Deborah A. Adler (DA 0909)

                              1633 Broadway, 27th Floor
                              New York, New York 10019
                              (212) 489-8230

DWT 11170351v1 3901028-000244                1

DOW, LOHNES, PLLC

By: _____
Thomas M. Clyde
Christopher L. Meazell

Six Concourse Parkway
Suite 1800
Atlanta, GA 30328-6177
(770) 901-8817

Attorneys for Holtzbrinck Publishers, LLC,
Macmillan Publishers, Inc., St. Martin's Press and
Michele Valentine

IT IS SO ORDERED:

_____        _____
June 9, 08                                                    
Date                                                    U.S.D.J.

*I trust issue is joined let me know if this is not so.*