JUN 25 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
............................................................ X

DIANNE MILLER,                                        :      Civ. Action No. 08-CV-03508 (HB)

        Plaintiff,                                           :

                                                             :      **STIPULATION OF**
- against -                                           :      **ADJOURNMENT**

HOLTZBRINCK PUBLISHERS, LLC,                          :
MACMILLAN PUBLISHERS, INC.,                           :
SAINT MARTIN'S PRESS, HEATHER                         :
HUNTER AND MICHELLE VALENTINE,                        :

        Defendans.                                           :
                                                             :
............................................................ X

        IT IS HEREBY STIPULATED AND AGREED, by and between the parties through the undersigned, that the time for Plaintiff to respond to the Motions to Dismiss filed by Defendants is extended an additional 30 days, said response being due July 16, 2008..

Dated:

                              DIANNE MILLER, Plaintiff

                              By: _____
                              Joseph A. Moniz
                              (SDNY Bar # JM8612)
                              Lewis + Munday
                              100 Allyn Street
                              Hartford, CT  06103
                              860-995-8442 (telephone)

                              Marianne Camille Spraggins
                              (NY Bar #1625979)
                              The Colom Law Firm, LLC
                              Post Office Box 866
                              Columbus, MS 39703-0866
                              662-327-0903 (telephone)
                            *Attorneys for Plaintiff Dianne Miller*

By: _____
Robert D. Balin (RDB5847)
Deborah A. Adler (DA0909)
1633 Broadway
New York, NY 10019

*Attorneys for Defendants*
Holzbrinck Publishers, LLC, MacMillan Publishers, Inc., St. Martin's Press and Michell Valentine

HERRICK, FEINSTEIN, LLP

By: _____
Alan Kaplan
Jorge Amieva
2 Park Avenue
New York, NY 10016

*Attorneys for Defendant*
Heather Hunter

DAVIS WRIGHT TREMAINE LLP

By: _____
Robert D. Balin (RDB5847)
Deborah A. Adler (DA0909)
1633 Broadway
New York, NY 10019

*Attorneys for Defendants*
*Holzbrinck Publishers, LLC, MacMillan Publishers, Inc., St. Martin's Press and Michell Valentine*

HERRICK, FEINSTEIN, LLP

By: _____
Alan Kaplan
Jorge Amieva
2 Park Avenue
New York, NY 10016

*Attorneys for Defendant*
*Heather Hunter*

SO ORDERED: _____
U.S.D.J.
- July 1, 2008

2