UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
.................................................................... X
                                                              :
DIANNE MILLER,                                    :        Civ. Action No. 08-CV-03508 (HB)
                                                              :
         Plaintiff,                                 :
                                                              :        **NOTICE OF APPEARANCE**
   - against -                                   :        **OF MARIANNE CAMILLE SPRAGGINS**
                                                              :        **ON BEHALF OF PLAINTIFF**
HOLTZBRINCK PUBLISHERS, LLC,      :
MACMILLAN PUBLISHERS, INC.,          :
SAINT MARTIN'S PRESS, HEATHER    :
HUNTER AND MICHELLE VALENTINE, :
                                                              :
         Defendans.                              :
.................................................................... X

    Comes now Marianne Camille Spraggins and enters her appearance as one of the attorneys for Plaintiff Dianne Miller.

Dated: July 2, 2008
City, State: Atlanta, GA

                                                           Respectfully submitted,

                                                            /s/ Marianne Camille Spraggins

                                                            Marianne Camille Spraggins
                                                            SDNY Bar No. MS1242
                                                           The Colom Law Firm, LLC
                                                           Post Office Box 866
                                                            Columbus, MS 39703-0866
                                                           Phone Number: 662-327-0903
                                                           Fax Number: 662-329-4832
                                                           Email: kittyspraggins@aol.com

## CERTIFICATE OF SERVICE

    I, Marianne Camille Spraggins, hereby certify that I have this day electronically filed the above and foregoing *Notice of Appearance* with the court and through the ECF system all counsel of record have been served with a copy of same.

    This 2nd day of July, 2008.

                                                            /s/ Marianne Camille Spraggins
                                                           Marianne Camille Spraggins