UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
.................................................................. X
                          :

DIANNE MILLER,                 :     Civ. Action No. 08-CV-03508 (HB)

         Plaintiff,       :

                      :    **MOTION TO ADMIT COUNSEL**
    - against -       :    **PRO HAC VICE**

HOLTZBRINCK PUBLISHERS, LLC, :
MACMILLAN PUBLISHERS, INC.,  :
SAINT MARTIN'S PRESS, HEATHER :
HUNTER AND MICHELLE VALENTINE, :

         Defendans.    :
.................................................................. X

     PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Marianne Camille Spraggins, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Wilbur O. Colom |
| Firm Name: | The Colom Law Firm, LLC |
| Address: | Post Office Box 866 |
| City/State/Zip: | Columbus, MS 39703-0866 |
| Phone Number: | 662-327-0903 |
| Fax Number: | 662-329-4832 |
| Email Address: | wil@colom.com |

    Wilbur O. Colom is a member in good standing of the Bar of the State of Mississippi. There are no pending disciplinary proceeding against Wilbur O. Colom in any State or Federal Court.

Dated:
City, State: Atlanta, GA

                Respectfully submitted,

                Marianne Camille Spraggins
                SDNY Bar No. MS1242
                The Colom Law Firm, LLC
                Post Office Box 866
                Columbus, MS 39703-0866
                Phone Number: 662-327-0903
                Fax Number: 662-329-4832
                Email: kittyspraggins@aol.com

## CERTIFICATE OF SERVICE

I, Marianne Camille Spraggins, hereby certify that I have this day served a true and correct copy of the foregoing *Motion to Admit Counsel Pro Hac Vice* on all counsel of record by United States Postal Service, postage prepaid.

This _____ day of _____, 2008.

_____
Marianne Camille Spraggins

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
................................................................ X
                              :

DIANNE MILLER,                   :         Civ. Action No. 08-CV-03508 (HB)

          Plaintiff,     :

                              :                **AFFIDAVIT OF**
          - against -      :   **MARIANNE CAMILLE SPRAGGINS**
                              :        **IN SUPPORT OF MOTION**
HOLTZBRINCK PUBLISHERS, LLC,  :        **TO ADMIT COUNSEL**
MACMILLAN PUBLISHERS, INC.,   :          **PRO HAC VICE**
SAINT MARTIN'S PRESS, HEATHER :
HUNTER AND MICHELLE VALENTINE, :

                              :

         Defendans.     :

                              :
................................................................ X

State of *GEORGIA*   )
                    )   ss:
County of *FULTON*  )

Marianne Camille Spraggins, being duly sworn, hereby deposes and says as follows:

1.     I am of counsel at The Colom Law Firm, LLC, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Wilbur O. Colom as counsel pro hac vice to represent Plaintiff in this matter.

2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law on April 11, 1977. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.     I have known Wilbur O. Colom since 2003.

4.     Wilbur O. Colom is an attorney with The Colom Law Firm, LLC, in Columbus, Mississippi.

5.     I have found Mr. Colom to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.     Accordingly, I am pleased to move the admission of Wilbur O. Colom, pro hac vice.

7.    I respectfully submit a proposed order granting the admission of Wilbur O. Colom, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that th emotion to admit Wilbur O. Colom, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated:    *JULY 02, 2008*

City, State:    *Atlanta, GA.*

Notarized:

Respectfully submitted,

_____
Marianne Camille Spraggins
SDNY Bar No. MS1242
The Colom Law Firm, LLC
Post Office Box 866
Columbus, MS 39703-0866
Phone Number: 662-327-0903
Fax Number: 662-329-4832
Email: kittyspraggins@aol.com

2

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

NORTHERN                    **DISTRICT OF**                    MISSISSIPPI

## CERTIFICATE OF
## GOOD STANDING

*I,*          DAVID CREWS          *, Clerk of this Court,*

*certify that*    Wilbur O. Colom    *, Bar #*    6403    *,*

*was duly admitted to practice in this Court on*

_____ 2/27/1978 _____ *, and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at*    Aberdeen, Mississippi    *on*    6/5/2008    .
LOCATION                              DATE

David Crews, Clerk of Court

_____              _____
CLERK                                DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

.................................................................. X
                                   :

DIANNE MILLER,                   :         Civ. Action No. 08-CV-03508 (HB)

                                   :

                Plaintiff,    :

                                     :           **ORDER FOR ADMISSION**

              - against -        :              **PRO HAC VICE**

                                     :         **ON WRITTEN MOTION**

HOLTZBRINCK PUBLISHERS, LLC,    :
MACMILLAN PUBLISHERS, INC.,     :
SAINT MARTIN'S PRESS, HEATHER   :
HUNTER AND MICHELLE VALENTINE, :

                                     :

                Defendans.   :

                                     :

                                     :
.................................................................. X

       Upon the motion of Marianne Camille Spraggins, attorney for Plaintiff and said sponsor

attorney's affidavit in support;

       **IT IS HEREBY ORDERED** that

                     Applicant's Name:    Wilbur O. Colom
                     Firm Name:           The Colom Law Firm, LLC
                     Address:              Post Office Box 866
                     City/State/Zip:      Columbus, MS 39703-0866
                     Phone Number:     662-327-0903
                     Fax Number:          662-329-4832
                     Email Address:     wil@colom.com

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United

States District Court for the Southern District of New York. All attorneys appearing before this

Court are subject to the Local Rules of this Court, including the Rules governing discipline of

attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

City, State:

_____
United States District Magistrate Judge