UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
..................................................... X
                                          :
DIANNE MILLER,                            :      Civ. Action No. 08-CV-03508 (HB)
                                          :
             Plaintiff,                   :
                                          :      **ORDER FOR ADMISSION**
     - against -                          :      **PRO HAC VICE**
                                          :      **ON WRITTEN MOTION**
HOLTZBRINCK PUBLISHERS, LLC,              :
MACMILLAN PUBLISHERS, INC.,               :
SAINT MARTIN'S PRESS, HEATHER             :
HUNTER AND MICHELLE VALENTINE,            :
                                          :
             Defendans.                   :
                                          :
                                          :
..................................................... X
```

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-28-08

Upon the motion of Marianne Camille Spraggins, attorney for Plaintiff and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name: Wilbur O. Colom
    Firm Name: The Colom Law Firm, LLC
    Address: Post Office Box 866
    City/State/Zip: Columbus, MS 39703-0866
    Phone Number: 662-327-0903
    Fax Number: 662-329-4832
    Email Address: wil@colom.com

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

1

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

City, State:

_____
United States District Magistrate Judge

Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.

SO ORDERED.

_____
Hon. Harold Baer, Jr., U.S.D.J.
Date: July 28, 2008

2